**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OSCAR ROMERO MERCADO,

                          Petitioner,                  26 **CIVIL** 3981 (MMG)

      -against-                                  **JUDGMENT**

LAWRENCE CATLETTI, et al.,

                          Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Text Only Order dated May 26, 2026, and for the reasons stated on the record at the May 26, 2026 hearing, the habeas petition is GRANTED, Respondents are hereby ORDERED to release Petitioner from custody as soon as feasibly possible and file a letter with the Court promptly once Petitioner has been released. Respondents are further ORDERED to provide any available details concerning Petitioner's release to Petitioner's counsel so that counsel or Petitioner's family or friends may arrange to pick up Petitioner from the Orange County correctional facility in Goshen, NY; accordingly, the case is closed.

**DATED:** New York, New York
           May 27, 2026

                                 **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

           **BY:**             *K. mango*

                                  _____
                                  **Deputy Clerk**